UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YONY SOSA, *on behalf of himself and all other persons* :
*similarly situated*, :
: 19-CV-10782 (JMF)
Plaintiffs, :
: MEDIATION REFERRAL
-v- : ORDER
:
VITAMIN SHOPPE, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. **The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for February 4, 2020,** at **4:00 p.m.** The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: November 21, 2019  _____
New York, New York  JESSE M. FURMAN
 United States District Judge