

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
212.898.1201 fax
ewitkin@littler.com

January 10, 2020

> Application GRANTED. The initial pretrial conference will take place on the **same date at 3:00 p.m**. The Clerk of Court is directed to terminate ECF No. 12. SO ORDERED.
>
> *[signature]*
>
> January 14, 2020

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Sosa v. Vitamin Shoppe, Inc.</u> 19-CV-10782 (JMF) (GWG)

Dear Judge Furman:

This firm represents Defendant Vitamin Shoppe, Inc. in this action. Pursuant to Your Honor's Individual Practices ¶¶ 1.A and E, Defendant respectfully requests that the Court adjourn the March 10, 2020 4:15 p.m. initial pretrial conference scheduled today by the Court (<u>ECF No. 10</u>). We make this request because the undersigned, lead counsel in both cases, must attend an initial conference at 4:30 p.m. on the same date before Judge Koeltl in *Norris v. Gregorys Coffee Management LLC and GSH Associates, LLC* (SDNY No. 19 Civ. 08925) (<u>ECF No. 17</u>).

This is Defendant's first request to adjourn the March 10, 2020 conference scheduled today.

We thank the Court for considering this request and regret any resulting inconvenience.

Respectfully,

*[signature]*

Eric D. Witkin

cc: All Counsel of Record (via ECF)
Jeffrey M. Gottlieb, Esq. (via email)